UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 19-08100-WM

UNITED STATES OF AMERICA,

vs.

YUJING ZHANG,

    Defendant,
_____/

### NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice of appearance on behalf of the United States in this cause.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/*Rolando Garcia*
ROLANDO GARCIA
Assistant United States Attorney
Florida Bar No. 0763012
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: 561 820-8711/Fax 561 820-8777
rolando.garcia@usdoj.gov

## Certificate of Service

**I HEREBY CERTIFY** that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Rolando Garcia*
Rolando Garcia
Assistant United States Attorney
