UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    19-8100-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YUJING ZHANG,

    Defendant.
_____/

## NOTICE OF FILING EXHIBITS

Defendant, Yujing Zhang, through undersigned counsel, files the attached Exhibits 1-7 admitted into evidence at her detention hearing held today, April 8, 2019.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By: s/Robert E. Adler
    Robert E. Adler
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 259942
    450 S Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    robert_adler@fd.org - Email

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Robert E. Adler*
Robert E. Adler