

中华人民共和国外交部请各国军政机关对持照人予以通行的便利和必要的协助。

The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.

中华人民共和国 PEOPLE'S REPUBLIC OF CHINA
护照 PASSPORT

类型/Type: P
Country Code: CHN
护照号码/Passport No.: E████6

姓名/Name: 张 玉婧 ZHANG, YUJING
性别/Sex: 女/F
国籍/Nationality: 中国/CHINESE
出生日期/Date of birth: ████
出生地点/Place of birth: 上海/SHANGHAI
签发日期/Date of issue: 09 2月/FEB 2017
签发地点/Place of issue: 上海/SHANGHAI
有效期至/Date of expiry: 08 2月/FEB 2027
签发机关/Authority: 公安部出入境管理局 MPS Exit & Entry Administration
持照人签名/Bearer's Signature: 张玉婧

POCHNZHANG<<YUJING<<<<<<<<<<<<<<<<<<<<<<<<<<<<
E████0



DEFENDANT'S EXHIBIT 1







中华人民共和国外交部请各国军政机关对持照人予以通行的便利和必要的协助。

The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.

| | |
|---|---|
| 护照 / PASSPORT | 类别 / Type: P   国家码 / Country Code: CHN   护照号 / Passport No.: G******** |
| 姓 / Surname | 张 / ZHANG |
| 名 / Given names | 玉婧 / YUJING |
| 性别 / Sex | 女 / F |
| 出生地点 / Place of birth | 上海 / SHANGHAI |
| 出生日期 / Date of birth | 25 MAR 1986 |
| 签发地点 / Place of issue | 上海 / SHANGHAI |
| 签发日期 / Date of issue | 20 JUL 2007 |
| 有效期至 / Date of expiry | 19 JUL 2017 |
| 签发机关 / Authority | 公安部出入境管理局 / Exit & Entry Administration Ministry of Public Security |

POCHNZHANG<<YUJING<<<<<<<<<<<<<<<<<<<<<<<<<

