# 国际领袖精英论坛

## 2019年3月30日

## 海湖庄园（Mar a Lago）

*讴歌春兴曲，情弱为知音*

特朗普总统私人庄园—"南部白宫"
庄园多次接见外国宾客，包括先后接见中国
领导人及各国使节

一年中仅开放六个月，是一个非请勿进
的顶级富豪私人俱乐部。

在这里V.I.P.嘉宾将会对美国顶级私人
俱乐部的生活有一个完美的体验.



*主讲嘉宾：*

### Mrs. Elizabeth Trump-Grau
### （川普总统姐姐&银行家）

## 国际各行业高端精英
美国华裔，台湾，香港，澳门，澳洲，欧洲等

## 首次以华人为主角的盛宴
香车、美人、华服、琴瑟，与众不同的顶级盛宴

## 评选&颁布国际领袖成就奖
开拓国际视野，建立广阔人脉以及拓展商业机会



MAR-A-LAGO

- 钻石冠名赞助（限一桌）
- 金牌赞助（限二桌）
- 银牌赞助（限四桌）
- 铜牌赞助
- ILF普通会员
- 独立个人赞助

DEFENDANT'S EXHIBIT
6

联系人：Cindy  561-8669789

在美华人之声

# International Leaders Elite Forum (03/30, 2019)



This is the first feast of the Haihu Manor with the Chinese as the protagonist. It is a once-in-a-lifetime publicity opportunity, the beauty of the car, the Chinese costume, and a top feast.
Guest speaker: Banker Mrs. Elizabeth Trump-Grau (President Trump's sister, and members of Congress, Jewish Business Association guests, etc.

Theme and attendance: (specially invited, high-end international and other industry elites)
The event will invite Chinese elites from various countries, including the US states, as well as elite leaders from Taiwan, Hong Kong, Macau, Australia, Europe and other countries and regions.

A translation of an event promoted on Yang's GY US Investments website advertised a forum for international Chinese elites to take place at Mar-a-Lago on the same date as the previously scheduled Safari Night 2019. That 2019 event was recently canceled.

Read more here: https://www.miamiherald.com/news/politics-government/article228456974.html#storylink=cpy