UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-8100-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YUJING ZHANG,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

The Federal Public Defender for the Southern District of Florida gives notice that undersigned counsel will be appearing as co-counsel for the defendant in the above referenced case.

    Respectfully submitted,

    MICHAEL CARUSO
    Federal Public Defender

    *s/ Kristy Militello*
    Kristy Militello
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 0056366
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    Kristy_Militello@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello