AO 187 (Rev. 7/87) Exhibit and Witness List

FILED BY _KZ_ D.C.

APR 11, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

UNITED STATES OF AMERICA

EXHIBIT AND WITNESS LIST

V.

YUJING ZHANG

Case Number: 19-8100-WM

| | | | | |
|---|---|---|---|---|
| PRESIDING JUDGE WILLIAM MATTHEWMAN | PLAINTIFF'S ATTORNEY AUSA ROLANDO GARCIA | DEFENDANT'S ATTORNEY ROBERT ADLER, KRISTY MILITELLO AFPD | | |
| TRIAL DATE(S) DETENTION HRG APRIL 8, 2019 | COURT REPORTER DAR: 13:09:05 | COURTROOM DEPUTY KENNETH J. ZUNIGA | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4/8/19 | ✓ | ✓ | DEFENDANT EXHIBIT 1 PASSPORT PHOTOS |
| | 2 | 4/8/19 | ✓ | ✓ | DEFENDANT EXHIBIT 2 WIRE RECEIPT |
| | 3 | 4/8/19 | ✓ | ✓ | DEFENDANT EXHIBIT 3 VOICE OF AMERICA ARTICLE |
| | 4 | 4/8/19 | ✓ | ✓ | DEFENDANT EXHIBIT 4 MIAMI HERALD ARTICLE |
| | 5 | 4/8/19 | ✓ | ✓ | DEFENDANT EXHIBIT 5 CHARLES LEE AKA LI PHOTOS |
| | 6 | 4/8/19 | ✓ | ✓ | DEFENDANT EXHIBIT 6 MAR A LAGO EVENT POSTER WITH TRANSLATION |
| | 7 | 4/8/19 | ✓ | ✓ | DEFENDANT EXHIBIT 7 ATLANTIC ARTICLE |
| | | | | | WITNESS: SAMUEL IVANOVICH S/A - US SECRET SERVICE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages